***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

Submitted February 2, affirmed February 23, 2023

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

COREY WAYNE SUMMERS,
*Defendant-Appellant.*

Josephine County Circuit Court
18CR82903; A176129

Robert S. Bain, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Sarah M. De La Cruz, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Peenesh Shah, Assistant Attorney General, filed the brief for respondent.

Before Shorr, Presiding Judge, and Mooney, Judge, and Pagán, Judge.

PER CURIAM

Affirmed. *State v. Colgrove*, 370 Or 474, 521 P3d 456 (2022).